**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

ISA BAKO,                                        :
                                                 :
                               Plaintiff,        :
                                                 :        26-cv-259 (ALC)
               -against-                         :
                                                 :        <u>TRANSFER ORDER</u>
                                                 :
                                                 :
                                                 :
                                                 :
                                                 :
                                                 :
INSTAGRAM, LLC                                   :
                               Defendant.        :
                                                 :

-----------------------------------------------------------

**ANDREW L. CARTER, JR., United States District Judge:**

*Pro se* Plaintiff Isa Bako ("Plaintiff") brings this civil rights action against Defendant

Instagram, LLC. This Court issued an Order to Show Cause why this case should not be

transferred to the Northern District of California due to the forum selection clause in Instagram's

Terms of Use. ECF No. 14. The Court is in receipt of Plaintiff's Response and Defendant's

Reply. ECF Nos. 18, 19. After careful review, the Court finds that this case should be transferred

to the United States District Court for the Northern District of California.

The Court finds Instagram's forum selection clause valid and public-interest factors do

not weigh against transfer. Numerous courts in this Circuit have upheld the forum selection

clause at issue. *See e.g. Scott v. Meta Platforms, Inc.*, No. 25-CV-2888 (NRM) (TAM), 2025

WL 2997300 (E.D.N.Y. Oct. 24, 2025).

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff

and note the mailing on the docket. The Clerk of Court is further respectfully directed to close

the case on this Court's docket.

SO ORDERED.

Dated:   February 27, 2026
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

2